**Entered on Docket
June 03, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

CINDY LEE STOCK                                                       E-FILED APRIL 19, 2010
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada   89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for EMC MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
| KAREN RENAE WELBORNE, | CASE NO. S– 10-16065-BAM |
| | Hearing Date:   May 25, 2010 |
| | Hearing Time:   1:30 p.m. |
| Debtor. | Location:   Foley Federal Building |
| | Courtroom No. 3 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION came on regularly for hearing before this court on May 25, 2010, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

* * * * *

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 8514 Dyker Heights Ave., Las Vegas, NV 89178.

SUBMITTED BY:

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada 89101
(702)382-1399
Attorney for EMC MORTGAGE CORPORATION

<u>RULE 9021 CERTIFICATION</u>:

In accordance with Local Rule 9021, counsel for Movant certifies:

\_\_\_\_  The Court waived the requirement of approval under LR 9021.

\_\_\_\_  This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Approved _____    Disapproved _____    Failed to Respond _____

\_\_\_\_  This is a Chapter 9, 11 or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

### #

2